

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

Stephanie Chery

Direct Tel: 212-326-0866
Direct Fax: 212-326-0806
SChery@PRYORCASHMAN.com

May 26, 2023

<u>VIA ECF AND E-MAIL</u>

Magistrate Judge James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007
CottNYSDChambers@nysd.uscourts.gov

      Re:    **Fox River Properties Inc. v. Gigante- Case No: 1:23-cv-01349-JPO.**

Dear Magistrate Judge Cott:

      We represent plaintiff, Fox River Properties Inc. ("Plaintiff") in the above-referenced matter.

      Pursuant to Section I. F. of Your Honor's Individual Practices, Plaintiff respectfully submits this letter requesting an adjournment of the Initial Case Management Conference currently scheduled for Wednesday, May 31, 2023. The parties are currently engaging in settlement discussions that may obviate the need for the conference. In the interest of efficiency and judicial economy, the parties respectfully seek an adjournment of the conference.

      In accordance with Your Honor's Rules, we contacted Deputy Clerk David Tam who informed us that the Court is available for a rescheduled court appearance on July 11, 2023 at 2:30pm. Counsel for all parties have confirmed their availability for that date and time.

      This is Plaintiff's first request for an adjournment of the Initial Case Management Conference. Defendant, through counsel, consents to this request.

      We thank Your Honor for your time and attention to this matter.

                                  Respectfully Submitted,

                                  Stephanie Chery
                                  Associate