UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FOX RIVER PROPERTIES, INC.,

                    Plaintiff,

-against-

SALVATORE GIGANTE,

                    Defendant,
----------------------------------------------------------x

**PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL**

Civil Case No. 1:23-cv-01349-JPO-JLC

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the law office of Clayman Rosenberg Kirshner & Linder LLP be substituted as the attorneys of record for Plaintiff Fox River Properties, Inc. in the above-entitled action in place and instead of Pryor Cashman LLP, and that this substitution is effective without further notice.

PLEASE TAKE NOTICE, that if this document is executed and relayed by facsimile or electronic transmission, the parties agree that a facsimile or electronic copy may be used in place of an ink signed original document and may be executed in counterparts.

Dated: New York, New York
        August 2, 2023

                                            Pryor Cashman LLP

                                            By: Shveta Kakar, Esq.
                                            *Outgoing Attorneys for Plaintiff*
                                            7 Times Square
                                            New York, New York 10036
                                            (212) 421-4100

Clayman Rosenberg Kirshner
& Linder LLP

*signature*

By: Paul S. Hugel, Esq.
*Incoming Attorneys for Plaintiff*
305 Madison Avenue - Suite 1301
New York, New York 10165
(212) 922-1080

*signature*

Fox River Properties, Inc.
*Plaintiff*
By: Irwin Siegel
Title: Executor of the Estate of Plaintiff's Owner

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

On the 8th day of August, in the year 2023, before me the undersigned, a Notary Public in and for said State, personally appeared Irwin Siegel, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which individual acted, executed this instrument.

CRAIG E GOLD
Notary Public, State of New York
Registration #02GO6369248
Qualified In New York County
Commission Expires Jan. 2, 20__

_____
NOTARY PUBLIC

The substitution of attorney is hereby approved and so ORDERED.

Date: August 8, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge